** NOT FOR PRINTED PUBLICATION **

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| KEVIN EAGLIN, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | CIVIL ACTION No. 4:15-CV-850 |
| v. | § | |
| | § | JUDGE RON CLARK |
| METROPOLITAN LLOYDS INSURANCE | § | |
| COMPANY OF TEXAS, | § | |
| | § | AFC |
| *Defendant.* | § | |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the court is the parties' joint Stipulation of Dismissal. [DOC. # 29]. The parties seek a dismissal with prejudice. The court is of the opinion that it should grant this. IT IS THEREFORE ORDERED that the Joint Stipulation of Dismissal with Prejudice [DOC. # 29] is GRANTED, this case is DISMISSED WITH PREJUDICE. IT IS FURTHER ORDERED that all pending motions in this matter be DENIED as moot.

**So Ordered and Signed**
**Jun 28, 2016**

*/s/ Ron Clark*
_____
Ron Clark, United States District Judge